UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cedric Greene,

  Plaintiff

v.

The People of the State of California,

  Defendant

Case No.: 2:15-cv-378-JAD-PAL

**Order Granting in Part Motion for Extension of Time [Doc. 6]**

On May 7, 2015, Magistrate Judge Peggy Leen entered an order regarding plaintiff Cedric Greene's application to proceed in forma pauperis and recommending that Greene's complaint be dismissed with prejudice.[1] On May 18, 2015, Greene requested an extension of the deadline to object to the order and report and recommendation, claiming that he needs until July 8, 2015, to prepare his response.[2] Although I am willing to grant Greene an extension because he has not previously asked for one in this case, I do not believe an extension of the length he requests is reasonable in light of his proffered reasons for the request. Instead, I find good cause to extend his deadline to object to the Report and Recommendation only until Monday, June 22, 2015. Greene is cautioned that I am not likely to give him an additional extension of this deadline.

Accordingly, it is HEREBY ORDERED that Greene's request for additional time **[Doc. 6] is GRANTED** in part. Greene must file any objections to Magistrate Judge Leen's order and report and recommendation [Doc. 4] by June 22, 2015.

DATED May 21, 2015.

_____
Jennifer A. Dorsey
United States District Judge

**Clerk to notify:**
**Cedric Greene**
**545 South San Pedro St.**
**Los Angeles, CA 80013**

---

[1] Doc. 4.

[2] Doc. 6 at 2. For reasons of expediency I overlook any technical deficiencies in Greene's motion for extension.